IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jones, Duane G | Case Number: 07 B 12848 |
|---|---|---|
| | Jones, Sheryl | Judge: Wedoff, Eugene R |
| | Printed: 5/20/08 | Filed: 7/18/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: May 13, 2008
Confirmed: November 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,920.47 | |
| Secured: | | 4,774.32 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 826.44 |
| Trustee Fee: | | 319.71 |
| Other Funds: | | 0.00 |
| Totals: | 5,920.47 | 5,920.47 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,700.00 | 826.44 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 2,186.90 | 249.38 |
| 4. | Ford Motor Credit Corporation | Secured | 14,442.24 | 1,833.47 |
| 5. | Ford Motor Credit Corporation | Secured | 21,920.06 | 2,691.47 |
| 6. | GMAC Mortgage Corporation | Secured | 10,217.58 | 0.00 |
| 7. | Capital One | Unsecured | 1,211.42 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 10,682.90 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 279.50 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 428.29 | 0.00 |
| 11. | Educational Credit Management Corp | Unsecured | 802.18 | 0.00 |
| 12. | American Express Travel Relate | Unsecured | 331.42 | 0.00 |
| 13. | Educational Credit Management Corp | Unsecured | 143.05 | 0.00 |
| 14. | Barclays Bank of Delaware | Unsecured | | No Claim Filed |
| 15. | American Medical Collection | Unsecured | | No Claim Filed |
| 16. | Nicor Gas | Unsecured | | No Claim Filed |
| 17. | Allied Interstate | Unsecured | | No Claim Filed |
| 18. | Creditors Alliance Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 65,345.54 | $ 5,600.76 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 319.71 |
| | _____ |
| | $ 319.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jones, Duane G<br>Jones, Sheryl<br>Printed:  5/20/08 | Case Number:  07 B 12848<br>Judge:  Wedoff, Eugene R<br>Filed:  7/18/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                              Marilyn O. Marshall, Trustee, by:

